IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAKIA S. GIBBS,** *et al.*                                                                    **PLAINTIFFS**
**ADC #132769**

**v.**
                       **4:21-CV-01021-BSM**
                       **4:21-CV-01023-BSM**
                       **4:21-CV-01024-BSM**
                       **4:21-CV-01025-BSM**
                       **4:21-CV-01026-BSM**
                       **4:21-CV-01028-BSM**
                       **4:21-CV-01029-BSM**
                       **4:21-CV-01030-BSM**
                       **4:21-CV-01032-BSM**
                       **4:21-CV-01034-BSM**
                       **4:21-CV-01035-BSM**
                       **4:21-CV-01036-BSM**
                       **4:21-CV-01037-BSM**
                       **4:21-CV-01038-BSM**
                       **4:21-CV-01039-BSM**
                       **4:21-CV-01040-BSM**
                       **4:21-CV-01041-BSM**
                       **4:21-CV-01042-BSM**
                       **4:21-CV-01043-BSM**
                       **4:21-CV-01044-BSM**
                       **4:21-CV-01045-BSM**
                       **4:21-CV-01046-BSM**
                       **4:21-CV-01047-BSM**
                       **4:21-CV-01048-BSM**
                       **4:21-CV-01049-BSM**
                       **4:21-CV-01050-BSM**
                       **4:21-CV-01051-BSM**
                       **4:21-CV-01052-BSM**
                       **4:21-CV-01053-BSM**
                       **4:21-CV-01054-BSM**
                       **4:21-CV-01055-BSM**
                       **4:21-CV-01056-BSM**
                       **4:21-CV-01059-BSM**
                       **4:21-DCV-01060-BSM**

4:21-CV-01061-BSM
4:21-CV-01062-BSM
4:21-CV-01063-BSM

**GARY M. ARNOLD,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, these cases are dismissed without prejudice.

IT IS SO ORDERED this 5th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE